IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALVAREZ-MARROQUIN,<br><br>          Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | No. CV-F-07-1868 OWW<br>(No. CR-F-04-5269 OWW)<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (Doc. 153) AND DIRECTING PETITIONER TO FILE SUPPLEMENTAL MEMORANDUM WITHIN 30 DAYS OF FILING DATE OF THIS ORDER |

On December 20, 2007, Petitioner Jorge Alvarez-Marroquin, *proceeding in pro per*, timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

As the sole ground for relief, Petitioner contends that the United States offered "two (eight-nine years) offers to plea instead of going to trial"; that "[a]lthough the evidence of Movant's participation was strong beyond any possible doubt,

1

making the case impossible to win at trial, counsel let movant to reject [sic] the two offers and proceed to trial." Petitioner claims that he was denied the effective assistance of counsel "in the examination of the facts, circumstances, the Government's evidence and the law involved, in order to obtain a professional opinion as to whether accept [sic] or reject the Government's offer."

Petitioner's motion is accompanied by a request to file a supplemental memorandum which "will clarify the relevant facts, ... explain the legal argument supporting Petitioner's claim of ineffective assistance of counsel, and ... will be strictly limited in scope and substance to such claim ...."

Petitioner's motion to file the described supplemental memorandum is GRANTED. Petitioner shall file the supplemental memorandum within 30 days of the filing date of this Order. Upon the timely filing of the supplemental memorandum, all further proceedings shall be by order of the Court.

IT IS SO ORDERED.

Dated:   **January 23, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE