...

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV. F-07-1868 OWW |
| | CR. F-04-5269 OWW |
| Plaintiff, | |
| | ORDER RE: WAIVER |
| v. | |
| JORGE ALVAREZ-MARROQUIN, | |
| Defendant. | |

Having considered the government's request for an order regarding waiver of the attorney-client privilege and for an extension,

IT IS THE FINDING OF THE COURT THAT the Petitioner upon the filing of his Section 2255 motion on December 20, 2007, has waived the attorney-client privilege as to all communications with his attorney, John Garland, relating to the claims raised in his motion as to ineffective assistance of counsel.

IT IS FURTHER ORDERED THAT the government's response is

1

1 | extended for a period of 45 days from May 5 to June 19 to allow
2 | the government to obtain a declaration or deposition from Mr.
3 | Garland regarding the issues raised by the defendant and to submit
4 | adequately prepare its response.

IT IS SO ORDERED.

DATED: April 22, 2008          /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                Senior U.S. District Judge

CERTIFICATE OF SERVICE BY MAIL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORGE ALVAREZ-MARROQUIN, )<br>)<br>Defendant. )<br>) | CV. F-07-1868 OWW<br>CR. F-04-5269 OWW |

    The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

    That on April 22, 2008, served a copy of the attached:

[PROPOSED] ORDER RE: WAIVER

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.

SERVICE BY MAIL                                    INTER-OFFICE DELIVERY

Jorge Alvarez-Marroquin
61890-097
Federal Correctional Institution
Victorville II, Medium
P.O. Box 5700
Adelanto, CA 93201                                 /s/ Paula Richardson
                                                              PAULA RICHARDSON
                                                              Legal Assistant