IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALVAREZ-MARROQUIN,<br><br>          Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | No. CV-F-07-1868 OWW<br>(No. CR-F-04-5269 OWW)<br><br>ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

    Petitioner's motion for appointment of counsel to represent him in connection with his Section 2255 motion is **DENIED WITHOUT PREJUDICE**. Determination whether to appoint counsel to represent Petitioner will be made by the Court upon the completion of the briefing of the Section 2255 motion.

    IT IS SO ORDERED.

**Dated:   June 2, 2008**                    /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1