IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALVAREZ-MARROQUIN,            )<br>                                     )<br>                                     )<br>            Petitioner,             )<br>                                     )<br>       vs.                          )<br>                                     )<br>                                     )<br>UNITED STATES OF AMERICA,            )<br>                                     )<br>                                     )<br>            Respondent.              )<br>                                     )<br>_____) | No. CV-F-07-1868 OWW<br>(No. CR-F-04-5269 OWW)<br><br>ORDER DIRECTING FEDERAL<br>DEFENDER TO APPOINT COUNSEL<br>TO REPRESENT PETITIONER FOR<br>PURPOSES OF EVIDENTIARY<br>HEARING |

    The Federal Defender is ordered to appoint counsel to represent Petitioner at an evidentiary hearing in connection with his claims of ineffective assistance of counsel asserted in his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on December 20, 2007, as supplemented by the memorandum of fact and law filed on February 22, 2007.

    Upon appointment, Petitioner's counsel and the United States shall confer and stipulate to a date for the evidentiary hearing after consultation with Courtroom Deputy Timken.

///

1   IT IS SO ORDERED.

2   **Dated:   September 19, 2008**                         /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE