Gary Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
JORGE ALVAREZ-MARROQUIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| JORGE ALVAREZ-MARROQUIN,<br><br>　　　　Defendant/Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Plaintiff/Respondent. | Case Number CV-F-07-1868 OWW<br>Case Number CR-F-04-5269 OWW<br><br>**ORDER AUTHORIZING TAKING OF DEPOSITION OF JOHN GARLAND** |

GOOD CAUSE APPEARING and pursuant to the rules of discovery, Defendant and Petitioner's counsel is authorized to take the deposition of John F. Garland, Petitioner's former attorney, and it is further requested that the costs be paid by the U.S. Marshals Office as permitted under Rule 17(b). The deposition has been scheduled for November 12, 2008 at 1:00 p.m.

Date: November 7, 2008

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE