```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare St.
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   CV. F-07-1868 OWW
                                   )   CR. F-04-5269 OWW
11              Plaintiff,         )
                                   )   ORDER DENYING DEFENDANT
12       v.                        )   ALVAREZ-MARROOUIN'S SECTION
                                   )   2255
13  JORGE ALVAREZ-MARROQUIN,       )
                                   )
14                                 )
                Defendant.         )
15                                 )
    _____)
16
17
         This matter came before the Court on the Defendant's Motion
18
    to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §
19
    2255 filed December 20, 2007.  The Court having read the pleadings
20
    and exhibits filed, having considered testimony, and having heard
21
    the arguments of counsel,
22
         IT IS HEREBY ORDERED that the defendant's motion is denied
23
    for the reasons stated orally on the record at the hearing on
24
    January 16, 2009.
25
26
27
    IT IS SO ORDERED.
28

                                   1
```

Dated:     February 12, 2009                            /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE