HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE ALVAREZ-MARROQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ALVAREZ-MARROQUIN,<br><br>Defendant. | No.  Cr. F 04-5269 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, JORGE ALVAREZ-MARROQUIN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 8, 2005, this Court sentenced Mr. Alvarez-Marroquin to a term of 188 months imprisonment as to each of Counts 1, 2 and 3, to be served concurrently, for a total term of 188 months;

3. His total offense level was 36, his criminal history category was I, and the resulting guideline range was 188 to 235 months;

4. The sentencing range applicable to Mr. Alvarez-Marroquin was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Alvarez-Marroquin's total offense level has been reduced from 36 to 34, and his amended guideline range is 151 to 188 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Alvarez-Marroquin's term of imprisonment to a total term of 151 months.

Respectfully submitted,

Dated:  November 12, 2014                              Dated:   November 12, 2014
BENJAMIN B. WAGNER                                 HEATHER E. WILLIAMS
United States Attorney                                        Federal Defender


 /s/ *Kathleen A. Servatius*                               /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                              DAVID M. PORTER
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                          Attorney for Defendant
UNITED STATES OF AMERICA                      JORGE ALVAREZ-MARROQUIN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Alvarez-Marroquin is entitled to the benefit Amendment 782, which reduces the total offense level from 36 to 34, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2005 is reduced to a term of 151 months on each of Counts 1, 2 and 3, to be served concurrently, for a total term of 151 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Alvarez-Marroquin shall report to the United States
2  Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

    Dated:  **November 13, 2014**      **/s/ Lawrence J. O'Neill**
                                                                                                     UNITED STATES DISTRICT JUDGE